**Brenna K. Legaard,** OSB #001658
  Email: brenna.legaard@klgates.com
**Elizabeth White,** OSB #204729
  Email: elizabeth.white@klgates.com
K&L GATES LLP
  One SW Columbia Street, Suite 1900
  Portland, OR 97204
  Telephone: (503) 228-3200
  Facsimile: (503) 248-9085

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.J.**, a minor child,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**NORTH CLACKAMAS SCHOOL DISTRICT,** an Oregon public school district,<br><br>　　　　　Defendant. | Case No. 3:20-cv-01322-MO<br><br>**JOINT ORDER FOR THE APPROVAL OF THE RESOLUTION** |

Pursuant to Fed. R. Civ. P. 17(c) and Local Rule 17(d), the Court hereby approves the compromise resolution of this matter as follows: the dismissal of all claims with prejudice following payment of the agreed settlement amount to Plaintiff's parents. The Court further finds that Plaintiff's attorney's fees and costs are reasonable.

　　IT IS HEREBY ORDERED.

　　Dated: October 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　 Andrew D. Hallman
　　　　　　　　　　　　　　　　　　　　　　　　　　 U.S. Magistrate Judge

PAGE 1 – JOINT ORDER FOR THE APPROVAL OF THE RESOLUTION